# Court of Appeals
# of the State of Georgia

ATLANTA,____August 25, 2016_____

*The Court of Appeals hereby passes the following order:*

**A17A0026.    SARAH   SEARS   v.   MACON   TELEGRAPH   PUBLISHING
COMPANY.**

Sarah Sears has filed a notice of appeal of the trial court's order dismissing her complaint against Macon Telegraph Publishing Company.  We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable decision or judgment complained of.  OCGA § 5-6-38 (a).  The trial court entered its dismissal order on April 14, 2015, but Sears did not file her notice of appeal until May 15, 2015, 31 days later.  While Sears filed a motion for reconsideration of the order on April 24, 2015, such a motion does not extend the time for filing a notice of appeal.  See *Cheeley-Towns v. Rapid Group, Inc.*, 212 Ga. App. 183, 184 (1) (441 SE2d 452) (1994).  Accordingly, Sears's appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____08/25/2016_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*